**Orin C. CLEMENT, Appellant, v. Tighe E. WOODS, Housing Expediter, Appellee.**

No. 10940.

United States Court of Appeals
Sixth Circuit.

Oct. 20, 1949.

Orin C. Clement, Toledo, Ohio, for appellant.

Paul Marshall, Sanford S. Simms, Sol W. Wyman, Cleveland, Ohio, A. M. Edwards, Jr., Washington, D. C. (Ed Dupree, Gen. Counsel, Hugo V. Prucha, Asst. Gen. Counsel, and Francis X. Riley, Washington, D. C., on the brief), for appellee.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of appellant;

And it appearing that the findings of fact of the District Court are amply sustained by the record, and that the discretion of the District Court was not improvidently exercised in the issuance of the temporary injunction complained of (State of Alabama v. United States, 279 U.S. 229, 231, 49 S.Ct. 266, 73 L.Ed. 675):

The order of preliminary injunction entered April 28, 1949, is affirmed.